UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                           CASE NO.  2:15-cr-68-FtM-38MRM

KURTIS JOHNSON
_____

## PRELIMINARY ORDER OF FORFEITURE

The United States moves, pursuant to 18 U.S.C. § 2253 and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, for entry of a preliminary order for the following assets, which upon entry will be a final order of forfeiture as to the defendant:

  a.   Lenovo Laptop (black in color), Serial Number:  YB00458008;

  b.   Toshiba external hard drive (black in color) with USB cord, Serial Number:  74KBT0CGT3FB;

  c.   Toshiba external hard drive (black in color) with USB cord, Serial Number: 73LDSGCFSSX3; and

  d.   Toshiba external hard drive (black in color), Serial Number:  X3KCTNHQTTT1.

The defendant pleaded guilty and was adjudged guilty of distributing child pornography, in violation of 18 U.S.C. §§ 2252(a)(2) and (b)(1), as charged in Count One of the Indictment.  The United States has established the requisite nexus between the assets identified above and the offense of conviction.

Accordingly, it is **ORDERED** that the motion of the United States is **GRANTED**.  Pursuant to 18 U.S.C. § 2253(a) and Fed. R. Crim. P. 32.2(b)(2), the

assets described above are hereby **FORFEITED** to the United States for disposition according to law, subject to the provisions of 21 U.S.C. § 853, as incorporated by 18 U.S.C. § 2253(b).

The Court retains jurisdiction to complete the forfeiture and disposition of the assets identified above.

**DONE and ORDERED** in Fort Myers, Florida this 3rd day of February, 2016.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies to:  Counsel of Record