UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.   2:15-cr-68-FtM-38MRM

KURTIS JOHNSON
_____

**FINAL JUDGMENT OF FORFEITURE**

THIS CAUSE comes before the Court upon the United States' Motion for a Final Judgment of Forfeiture, pursuant to 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, for the following computer equipment:

a. Lenovo Laptop (black in color), Serial Number: YB00458008;

b. Toshiba external hard drive (black in color) with USB cord, Serial Number: 74KBT0CGT3FB;

c. Toshiba external hard drive (black in color) with USB cord, Serial Number: 73LDSGCFSSX3; and

d. Toshiba external hard drive (black in color), Serial Number: X3KCTNHQTTT1.

On February 3, 2016, the Court entered a Preliminary Order of Forfeiture for the computer equipment described above, pursuant to 18 U.S.C. § 2253.  Doc. 41.

The Court finds that in accordance with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), the United States published notice of the forfeiture and of its intent to dispose of the computer equipment on the official government website, www.forfeiture.gov, from February 5, 2016 through March 5, 2016.   Doc. 47.   The

publication gave notice to all third parties with a legal interest in the computer equipment to file with the Clerk of Court, U.S. Federal Courthouse and Federal Building, 2110 First Street, Room 2-194, Fort Myers, FL 33901, a petition to adjudicate their interest within 60 days of the first date of publication.  No third party has filed a petition or claimed an interest in the computer equipment, and the time for filing such petition has expired.

Accordingly, it is hereby:

**ORDERED, ADJUDGED, and DECREED** that for good cause shown, the United States' motion is GRANTED.

It is **FURTHER ORDERED** that pursuant to 21 U.S.C. § 853(n)(7) and Federal Rule of Criminal Procedure 32.2(c)(2), all right, title and interest in the computer equipment identified above is CONDEMNED and FORFEITED to the United States for disposition according to law.

Clear title to the computer equipment is now vested in the United States of America.

**ORDERED** in Fort Myers, Florida, on April 8th, 2016.

*[signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies to: All Parties/Counsel of Record