UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 2:15-cr-68-SPC-MRM

KURTIS JOHNSON

### ORDER[1]

Before the Court is the Government's Amended Motion to Authorize Payment from Defendant Kurtis Johnson's Inmate Trust Account. (Doc. 60). The Government seeks authorization for the Bureau of Prisons to turnover $2,220.83 from Johnson's inmate trust account to the Clerk of Court to be applied towards his outstanding criminal monetary penalties. No response has been filed, and the time to do so has expired. The motion is deemed unopposed.

Nearly six years ago, the Court sentenced Johnson to 96 months in prison and ordered him to pay $7,000 in restitution. (Doc. 56 at 6). The Government says that, as of last month, he still owes $6,875 in restitution and $215.89 in interest. (Doc. 60 at 1). He currently has a balance of $3,140.91 in his inmate trust account. For the reasons stated in the Government's motion, the Court concludes that cause exists to grant the relief requested.

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

Accordingly, it is now

**ORDERED:**

The Government's Amended Motion to Authorize Payment from Defendant Kurtis Johnson's Inmate Trust Account (Doc. 60) is **GRANTED**.

1. The Bureau of Prisons is **AUTHORIZED** to remove **$2,220.83** in funds from Johnson's inmate trust account to turn over to the Clerk of Court for application towards his restitution obligations.

2. The Clerk of Court is **DIRECTED** to apply the funds as payment towards the criminal monetary penalties that Johnson owes in this action.

3. The Clerk of Court is **DIRECTED** to provide the United States Attorney's Office a certified copy of this Order for forwarding to the Bureau of Prisons.

**DONE AND ORDERED** in Fort Myers, Florida on January 20, 2022.

*SHERI POLSTER CHAPPELL*
UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record
Defendant